JUDGE FRANK MONTALVO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

**SEALED**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br><br>ADAN SALAZAR-ZAMORANO,<br><br>Defendants. | ) CRIMINAL NO. EP-06-CR-_____<br>)<br>) **INDICTMENT**<br>)<br>) **CT 1:** 21:846 & 841(a)(1)-Conspiracy to<br>) Possess a Controlled Substance with<br>) Intent to Distribute;<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **EP06CR1027**<br>) |

THE GRAND JURY CHARGES:

**COUNT ONE**
(21 U.S.C. §§ 846 & 841(a)(1) & 841(b)(1)(A)(ii))

That from on or about February 15, 2006 until March 14, 2006, in the Western District of Texas and elsewhere, Defendants,

**ADAN SALAZAR-ZAMORANO,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, with intent

to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

                                                  A TRUE BILL.

                                                  _____
                                                  FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: _____
     Assistant U.S. Attorney